IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MARIA ESTELA RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE FARM LLOYDS and ) | |
| MARK BURNETT, ) | |
| ) | |
| Defendants. ) | Civil Action No. 5:16-CV-029-C |

### ORDER

The Court having considered Defendants' Unopposed Motion Requesting Status Conference Related to Status of Appraisal, filed June 23, 2017, is of the opinion that the same should be **DENIED**.

SO ORDERED.

Dated this 26th day of June, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE